JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO RODRIGUEZ, | Case No. 8:24-cv-00818-KK-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY PROBATION DEPARTMENT, | |
| Defendant. | |

Pursuant to the Presented By Order Dismissing the Complaint,

IT IS HEREBY ADJUDGED that this case is DISMISSED without prejudice.

Dated: August 23, 2024

HONORABLE KENLY KIYA KATO
United States District Judge